

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00359-CR

Ernesto Javier **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRP-000926-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

    Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on **January 8, 2018.**

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court